It is so Ordered. This matter is hereby dismissed with prejudice.
s/John R. Adams
U.S. District Judge
January 15, 2026

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINIC ITALIANO, | ) | CASE NO. 5:25-CV-01116 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATED NOTICE OF DISMISSAL** |
| SCHAEFFLER GROUP USA INC., | ) | **WITH PREJUDICE** |
| et al. | ) | |
| | ) | |
| Defendant. | | |

Plaintiff Dominic Italiano and Defendant Schaeffler Group USA Inc., by and through their undersigned counsel, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against Defendant, is hereby dismissed with prejudice as to future action, with each party to bear his or its own respective costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/ J. Corey Asay* | */s/ Richard A. Millisor* |
| J. Corey Asay (0090203) | Richard A. Millisor (0062883) |
| HKM EMPLOYMENT ATTORNEYS LLP | FISHER & PHILLIPS LLP |
| 312 Walnut Street, Suite 1600 | 200 Public Square, Suite 4000 |
| Cincinnati, Ohio 45202 | Cleveland, OH 44114 |
| Phone: (513) 318-4496 | Phone: 440-838-8800 |
| casay@hkm.com | rmillisor@fisherphillips.com |
| | |
| *Attorney For Plaintiff* | *Attorney for Defendant* |

FP 60801484.1